Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

402 East State Street
Trenton, NJ 08608

---

Case No.:  16–29226–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joseph E. Stramat
336 St Thomas Drive
Toms River, NJ 08757

Social Security No.:
xxx–xx–5100

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/24/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 24, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-29226-KCF
Joseph E. Stramat                                                         Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin          Page 1 of 2          Date Rcvd: Aug 24, 2018
                           Form ID: 148          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db           +Joseph E. Stramat,    336 St Thomas Drive,    Toms River, NJ 08757-4651
516577714     CW Nexus Credit Card Holdings l, LLC,   Resurgent Capital Services,    PO Box 10368,
              Greenville, SC 29603-0368
516436171    +Citibank/Exxon Mobile,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
516436172    +Citibank/Shell Oil,    Citicorp Srvs/ Centralized  Bankruptcy,    Po Box 790040,
              St Louis, MO 63179-0040
516436173    +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              S Louis, MO 63179-0040
516585324    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516436174    +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
              Oklahoma City, OK 73126-0648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 24 2018 23:26:48    U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 24 2018 23:26:46    United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516436168    +EDI: GMACFS.COM Aug 25 2018 03:08:00    Ally Financial,    Po Box 380901,
              Bloomington, MN 55438-0901
516664106     EDI: GMACFS.COM Aug 25 2018 03:08:00    Ally Financial,    Po Box 130424,
              Roseville MN 55113-0004
516436169    +EDI: CAPITALONE.COM Aug 25 2018 03:08:00    Capital One,    Po Box 30285,
              Salt Lake City, UT 84130-0285
516436170    +EDI: MERRICKBANK.COM Aug 25 2018 03:08:00    Cardworks/cw Nexus,    101 Crossways Park Dr W,
              Woodbury, NY 11797-2020
516613392    +E-mail/Text: bankruptcy@cavps.com Aug 24 2018 23:27:03    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516642842    +E-mail/Text: bncmail@w-legal.com Aug 24 2018 23:26:57    Comenity Capital Bank/Paypal Credit,
              c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516626201     EDI: JEFFERSONCAP.COM Aug 25 2018 03:08:00    Jefferson Capital Systems LLC,    Po Box 7999,
              Saint Cloud Mn 56302-9617
516595765    +EDI: MID8.COM Aug 25 2018 03:08:00    MIDLAND FUNDING LLC,    Po Box 2011,
              Warren, MI 48090-2011
516508699    +EDI: AGFINANCE.COM Aug 25 2018 03:08:00    OneMain,    605 Munn Rd E.,
              Fort Mill, SC 29715-8421
516436175    +EDI: AGFINANCE.COM Aug 25 2018 03:08:00    Onemain Financial/Citifinancial,
              6801 Colwell Blvd,   Ntsb-2320,   Irving, TX 75039-3198
516871184     EDI: PRA.COM Aug 25 2018 03:08:00    Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541
516871185     EDI: PRA.COM Aug 25 2018 03:08:00    Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
516645961     EDI: PRA.COM Aug 25 2018 03:08:00    Portfolio Recovery Associates, LLC,
              c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
516643876     EDI: PRA.COM Aug 25 2018 03:08:00    Portfolio Recovery Associates, LLC,    c/o Exxonmobil,
              POB 41067,   Norfolk VA 23541
516646135     EDI: PRA.COM Aug 25 2018 03:08:00    Portfolio Recovery Associates, LLC,    c/o Household Bank,
              POB 41067,   Norfolk VA 23541
516645137     EDI: PRA.COM Aug 25 2018 03:08:00    Portfolio Recovery Associates, LLC,    c/o Shell,
              POB 41067,   Norfolk VA 23541
516646821     EDI: PRA.COM Aug 25 2018 03:08:00    Portfolio Recovery Associates, LLC,    c/o The Home Depot,
              POB 41067,   Norfolk VA 23541
516438300     EDI: RMSC.COM Aug 25 2018 03:08:00    Synchrony Bank,
              c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
516436176    +EDI: RMSC.COM Aug 25 2018 03:08:00    Synchrony Bank/Care Credit,    Po Box 965064,
              Orlando, FL 32896-5064
516436177    +EDI: RMSC.COM Aug 25 2018 03:08:00    Synchrony Bank/Walmart,    Po Box 965064,
              Orlando, FL 32896-5064
                                                                                       TOTAL: 22

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Aug 24, 2018
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Scott E. Kaplan    on behalf of Debtor Joseph E. Stramat scott@sekaplanlaw.com,
           felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
                                                                              TOTAL: 4
```